UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMEEN D. WASHINGTON,

                Plaintiff,

-against-

PARIS PRODUCTION, et al.,

                Defendants.

24-CV-1847 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On March 4, 2024, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Washington v. Professional Claims Bureau*, No. 23-CV-9592 (LTS) (S.D.N.Y. Mar. 4, 2024). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the March 4, 2024 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:    March 14, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                    Chief United States District Judge